## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Legried Farms, Inc., d/b/a Buckey's Sales, & Service, | Civil No. 10-4958 (RHK/JSM) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Nuhn Industries, Ltd., | |
| Defendant. | |

Based upon the parties' Stipulation for Dismissal With Prejudice (Doc. No. 21), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

November 7, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
